# EXHIBIT A

| Mark | App. No./Reg. No. | Application Date | Registration Date | Goods/Services |
|---|---|---|---|---|
| BARBIE | RN: 0689055 SN: 72055200 | July 2, 1958 | December 1, 1959 | (Int'l Class: 28) doll |
| BARBIE | RN: 0741208 SN: 72106619 | October 18, 1960 | November 27, 1962 | (Int'l Class: 28) accessories for doll clothes |
| BARBIE | RN: 0768331 SN: 72152228 | August 30, 1962 | April 21, 1964 | (Int'l Class: 18) doll case, trunk, and wallet |
| BARBIE | RN: 0768397 SN: 72166825 | April 16, 1963 | April 21, 1964 | (Int'l Class: 28) doll clothes and doll accessories |
| BARBIE | RN: 0772298 SN: 72179913 | October 28, 1963 | June 30, 1964 | (Int'l Class: 14) time pieces, specifically wrist watches |
| BARBIE | RN: 0814995 SN: 72209525 | January 7, 1965 | September 13, 1966 | (Int'l Class: 09, 16, 28) series of books and printed articles-namely, storybooks, coloring books, activity books, painting books, and printed puzzles |
| BARBIE | RN: 0810106 SN: 72210579 | January 25, 1965 | June 21, 1966 | (Int'l Class: 28) toy furniture specifically bed, wardrobe, chifforobe, vanity, and chest |
| BARBIE | RN: 0813733 SN: 72210889 | January 28, 1965 | August 30, 1966 | (Int'l Class: 20) insulating containers, specifically, vacuum bottles |

| Mark | App. No./Reg. No. | Application Date | Registration Date | Goods/Services |
|------|-------------------|------------------|-------------------|----------------|
| | | | | for preserving food and drinks |
| BARBIE | RN: 0817200 SN: 72211370 | February 4, 1965 | October 25, 1966 | (Int'l Class: 06, 13, 14, 15, 16, 18, 20, 21, 22, 34) plastic ware and tea sets, specifically plates, saucers, cups, pots, pitchers, for use by children in the consumption of food and drink |
| BARBIE | RN: 0816601 SN: 72211371 | February 4, 1965 | October 11, 1966 | (Int'l Class: 20) hand mirrors |
| BARBIE | RN: 0814091 SN: 72211372 | February 4, 1965 | August 30, 1966 | (Int'l Class: 21) vanity sets and dresser sets, comprising mirrors, brushes, combs, compacts, and lipstick cases, for use by children |
| BARBIE | RN: 1000125 SN: 73019358 | April 22, 1974 | December 24, 1974 | (Int'l Class: 25) halloween costumes and masks |
| BARBIE | RN: 1041587 SN: 73052196 | May 12, 1975 | June 22, 1976 | (Int'l Class: 03) toilet soap, bubble bath, moisturizing lotion, cologne and hair shampoo |
| BARBIE | RN: 1300766 SN: 73455560 | December 5, 1983 | October 16, 1984 | (Int'l Class: 28) Toy Vehicles |

| Mark | App. No./Reg. No. | Application Date | Registration Date | Goods/Services |
|---|---|---|---|---|
| BARBIE | RN: 1746477<br>SN: 74071486 | June 21, 1990 | January 12, 1993 | (Int'l Class: 28)<br>playset; namely, doll furniture, doll furniture accessories, and food making accessories |
| BARBIE | RN: 1693139<br>SN: 74080723 | July 23, 1990 | June 9, 1992 | (Int'l Class: 25)<br>jackets, sweatshirts, T-shirts, skirts |
| BARBIE | RN: 1754535<br>SN: 74081199 | July 23, 1990 | February 23, 1993 | (Int'l Class: 25)<br>dresses, shorts, T-shirts, blouses, skirts, pants, leggings, leggings with skirts attached |
| BARBIE | RN: 1795876<br>SN: 74150902 | March 25, 1991 | September 28, 1993 | (Int'l Class: 18)<br>purses and cosmetic cases |
| BARBIE | RN: 1775637<br>SN: 74151028 | March 25, 1991 | June 8, 1993 | (Int'l Class: 03)<br>cosmetics for use by little girls; namely, eyeshadow, lipstick, lip gloss, perfume, cologne, nail polish, blush, emery boards, and cosmetic sponges |
| BARBIE | RN: 1795564<br>SN: 74151036 | March 25, 1991 | September 28, 1993 | (Int'l Class: 05)<br>bandages for skin wounds |
| BARBIE | RN: 1769285<br>SN: 74151233 | March 25, 1991 | May 4, 1993 | (Int'l Class: 16)<br>facial tissues and stickers for fingernails |

| Mark | App. No./Reg. No. | Application Date | Registration Date | Goods/Services |
|---|---|---|---|---|
| | | | | |
| BARBIE | RN: 1773571 SN: 74151237 | March 25, 1991 | May 25, 1993 | (Int'l Class: 14) jewelry; namely, earrings, bracelets, necklaces, charms |
| BARBIE | RN: 1946918 SN: 74634653 | February 15, 1995 | January 9, 1996 | (Int'l Class: 16) greeting cards |
| BARBIE | RN: 2495195 SN: 74647551 | March 16, 1995 | October 9, 2001 | (Int'l Class: 41) Providing educational and entertainment services via a global computer network web site featuring stories, games, and directories for toys and games, intended for adults and children |
| BARBIE | RN: 2040801 SN: 75121488 | June 11, 1996 | February 25, 1997 | (Int'l Class: 25) shoes |
| BARBIE (Stylized) *Barbie* | RN: 2087842 SN: 75179870 | October 9, 1996 | August 12, 1997 | (Int'l Class: 28) doll, doll clothing and doll accessories |
| BARBIE (Stylized) *Barbie* | RN: 2150392 SN: 75196987 | November 12, 1996 | April 14, 1998 | (Int'l Class: 35) online retail store services featuring toys (Int'l Class: 42) providing information about dolls and collectibles via computer |

| Mark | App. No./Reg. No. | Application Date | Registration Date | Goods/Services |
|------|-------------------|------------------|-------------------|----------------|
|      |                   |                  |                   |                |
| BARBIE | RN: 2151953￼ SN: 75196990 | November 12, 1996 | April 21, 1998 | (Int'l Class: 35)￼ on-line retail store services featuring toys￼￼ (Int'l Class: 42)￼ providing information over a global computer network featuring games, stories, directories for toys and games, toy collectibles |
| BARBIE | RN: 2469935￼ SN: 75279686 | April 23, 1997 | July 17, 2001 | (Int'l Class: 09)￼ radios, sunglasses￼￼ (Int'l Class: 27)￼ vinyl wall coverings, and wall paper |
| BARBIE | RN: 2203306￼ SN: 75287044 | May 6, 1997 | November 10, 1998 | (Int'l Class: 26)￼ hair bands |
| BARBIE | RN: 2678386￼ SN: 75370436 | October 8, 1997 | January 21, 2003 | (Int'l Class: 03)￼ bath gels, body lotions, hair conditioners, skin creams, eye makeup, eye pencils, makeup, toothpastes￼￼ (Int'l Class: 06)￼ metal key rings￼￼ (Int'l Class: 09)￼ eyeglass cases, radios incorporating clocks, decorative magnets, |

| Mark | App. No./Reg. No. | Application Date | Registration Date | Goods/Services |
|------|-------------------|------------------|-------------------|----------------|
|  |  |  |  | telephones, headphones, bicycle helmets, musical, audio and video sound recordings featuring games and storytelling; computer mouse pads, screensaver programs, video game cartridges, interactive video game programs, interactive multimedia computer game programs, computer game cartridges<br><br>(Int'l Class: 11)<br>ceiling fans<br><br>(Int'l Class: 12)<br>bicycles, bicycle bells, tricycles<br><br>(Int'l Class: 14)<br>clocks, costume jewelry, rings being jewelry, earrings, bracelets, necklaces and charms, lockets, watches<br><br>(Int'l Class: 16)<br>photograph albums, note cards, pencil cases, paper party bags, address books, loose leaf binders, calendars, post cards, paper table cloths, composition books, confetti, crayons, crepe paper, paper party decorations, erasers, series of fiction books, gift cards, gift wrapping paper, |

| Mark | App. No./Reg. No. | Application Date | Registration Date | Goods/Services |
|------|-------------------|------------------|-------------------|----------------|
| | | | | markers, paper napkins, note pads, paper party hats, pen and pencil holders, pencil sharpeners, decorative pencil top ornaments, pencils, pens, playing cards, posters, books in the field of collectibles, namely, dolls, doll clothing and doll accessories, drawing rulers, rubber stamps, stamp pads, stickers, sticker books, folders, lunch bags, paper gift bags, printed invitations, personal journals, temporary tattoos, writing instruments, paper banners, memo pads, magazines for teen-agers and children<br><br>(Int'l Class: 18) backpacks, beach bags, gym bags, overnight bags, coin purses, duffel bags, handbags, key cases, luggage, suitcases, umbrellas, lipstick holders; luggage trunks, wallets<br><br>(Int'l Class: 20) sleeping bags, plastic cake decorations, picture frames, jewelry boxes not of metal, pillows, non-metal key rings<br><br>(Int'l Class: 21) plates, cups and bowls made of melamine, wastepaper baskets, bowls, lunch boxes, |

| Mark | App. No./Reg. No. | Application Date | Registration Date | Goods/Services |
|------|-------------------|------------------|-------------------|----------------|
|  |  |  |  | paper cups, decorative plates, porcelain figurines, paper plates, plastic cups, thermal insulated tote bags and containers for food or beverages, toothbrushes, cake molds, drinking glasses, mugs <br><br> (Int'l Class: 24) <br> bath linen, bed linen, bed sheets, bed spreads, bed blankets, pillow cases, wash cloths, comforters, curtains, dust ruffles, pillow shams, bath towels, beach towels, <br><br> (Int'l Class: 25) <br> bathing suits, bathrobes, beach cover-ups, belts, boots, cardigans, coats, rain coats, gloves, night gowns, hats, head bands, headwear, leotards, mittens, night shirts, overalls, pajamas, panties, sandals, scarves, shirts, slippers, socks, sweaters, tank tops, thermal underwear, tights, turtlenecks, underwear, vests, caps, skorts, mitten clips, earmuffs, swimsuits, swimsuit covers, halloween costumes and masks; dresses, shorts, t-shirts, blouses, skirts, <br><br> (Int'l Class: 26) <br> barrettes, hair bows, elastic ribbons, ponytail holders, |

| Mark | App. No./Reg. No. | Application Date | Registration Date | Goods/Services |
|------|-------------------|------------------|-------------------|----------------|
| | | | | shoe laces, ornamental novelty pins and buttons, (Int'l Class: 27) rugs, plastic wall coverings (Int'l Class: 28) action figures and accessories therefor, stuffed toy animals, toy airplanes, balloons, toy bakeware and cookware, sport balls, toy banks, bath toys, play wands, music box toys, bubble making wand and solution sets, card games, christmas tree ornaments, children's play cosmetics, party favors in the nature of crackers or noisemakers, porcelain dolls, paper dolls, party favors in the nature of small toys, ice skates, jigsaw puzzles, jump ropes, musical toys, play swimming pools, plush toys, ride-on toys, manipulative puzzles, roller skates, water-squirting toys, yo-yos, collectible toy figures, doll houses, drawing toys, in-line skates, play tents, play houses, radio controlled toy vehicles, talking toys; swim goggles, swim vests for floatation for recreational use, dolls; playsets, namely, doll furniture, doll furniture accessories, toy food making |

| Mark | App. No./Reg. No. | Application Date | Registration Date | Goods/Services |
|---|---|---|---|---|
| | | | | accessories, namely, bowls, spoons, blenders, ovens, mixers and the like; doll clothes and doll accessories; board games; accessories for doll clothes, toy furniture, specifically beds, wardrobes, vanities and chests; doll cases; toy vehicles; electronic hand-held games<br><br>(Int'l Class: 30)<br>edible cake decorations, candy, cookies, chocolate candy |
| BARBIE (Stylized)<br><br>*Barbie* | RN: 2639971<br>SN: 75516465 | July 9, 1998 | October 22, 2002 | (Int'l Class: 25)<br>T-shirts<br><br>(Int'l Class: 28)<br>dolls, doll clothing, doll accessories |
| BARBIE | RN: 2410087<br>SN: 75696390 | May 3, 1999 | December 5, 2000 | (Int'l class: 35)<br>retail store departments featuring consumers products, namely, clothing, collectibles gift items and a full line of toys |
| BARBIE COLLECTOR | RN: 3083593<br>SN: 78383441 | March 12, 2004 | April 18, 2006 | (Int'l Class: 28)<br>toys, games and playthings, namely, dolls, doll clothing and doll accessories |

| Mark | App. No./Reg. No. | Application Date | Registration Date | Goods/Services |
|---|---|---|---|---|
| | | | | (Int'l Class: 41) providing educational and entertainment services via a global computer network web site featuring product information intended for consumers of all ages |
| BARBIE | RN: 3287023 SN: 78739456 | October 24, 2005 | August 28, 2007 | (Int'l Class: 28) full line of dolls, doll clothing and doll accessories |
| BARBIE AND THE NUTCRACKER | RN: 4720463 SN: 85370017 | July 13, 2011 | April 14, 2015 | (Int'l Class: 28) toys, games and playthings, namely, dolls, doll clothing and doll accessories |
| BARBIE LIFE IN THE DREAMHOUSE | RN: 4339722 SN: 85550966 | February 23, 2012 | May 21, 2013 | (Int'l Class: 41) entertainment services, namely, providing on-going webisodes featuring animation via a global computer network |
| THE BARBIE LOOK | RN: 4325862 SN: 85635562 | May 25, 2012 | April 23, 2013 | (Int'l Class: 28) dolls, doll clothing and doll accessories |
| BARBIEGRAM | RN: 5064765 SN: 86387777 | September 8, 2014 | October 18, 2016 | (Int'l Class: 28) dolls, doll clothing and doll accessories |

| Mark | App. No./Reg. No. | Application Date | Registration Date | Goods/Services |
|------|------|------|------|------|
| BARBIE STAR LIGHT ADVENTURE | RN: 5092128 SN: 86648636 | June 2, 2015 | November 29, 2016 | (Int'l Class: 28) dolls, doll clothing and doll accessories |
| BARBIE DREAMTOPIA | RN: 5233292 SN: 86789611 | October 15, 2015 | June 27, 2017 | (Int'l Class: 28) toys, games and playthings, namely, dolls, doll clothing and doll accessories, doll playsets |
| BARBIE DREAMTOPIA | RN: 5233647 SN: 86982361 | October 15, 2015 | June 27, 2017 | (Int'l Class: 41) Providing online computer games; providing online non-downloadable game software |
| BARBIE DREAMTOPIA | RN: 5233649 SN: 86982371 | October 15, 2015 | June 27, 2017 | (Int'l Class: 09) computer game software |
| BARBIE DREAMTOPIA | RN: 5346799 SN: 86789616 | October 15, 2015 | November 28, 2017 | (Int'l Class: 41) Entertainment, namely, animated series featuring stories for children |
| SUPERSTAR BARBIE | SN: 86830181 | November 24, 2015 | | (Int'l Class: 28) dolls, doll clothing and doll accessories |
| BARBIE VIDEO GAME HERO | RN: 5237799 SN: 86875899 | January 14, 2016 | July 4, 2017 | (Int'l Class: 28) dolls |
| THE BARBIE COLLECTION | RN: 5112553 SN: 86942866 | March 16, 2016 | January 3, 2017 | (Int'l Class: 35) online retail store services featuring toys |

Exhibit A - Page 33

| Mark | App. No./Reg. No. | Application Date | Registration Date | Goods/Services |
|---|---|---|---|---|
| THE BARBIE COLLECTION | RN: 5112554 SN: 86942872 | March 16, 2016 | January 3, 2017 | (Int'l Class: 28) dolls and doll accessories |
| BARBIE SPARKLE BLAST | RN: 5318480 SN: 87192362 | October 4, 2016 | October 24, 2017 | (Int'l Class: 09) computer application game software for mobile phones, portable media players, handheld computers and tablets |
| BARBIE | RN: 5222835 SN: 87228893 | November 7, 2016 | June 13, 2017 | (Int'l Class: 09) computer hardware; tablet computers |
| BARBIE SIGNATURE | RN: 5371526 SN: 87307001 | January 19, 2017 | January 2, 2018 | (Int'l Class: 28) dolls, doll clothing and doll accessories |
| BARBIE ON THE GO | RN: 5460374 SN: 87379252 | March 21, 2017 | May 1, 2018 | (Int'l Class: 28) dolls, doll clothing and doll accessories; toy figures and accessories therefor; toy vehicles and accessories therefor |
| BARBIE DREAMHOUSE ADVENTURES | RN: 5602185 SN: 87379261 | March 21, 2017 | November 6, 2018 | (Int'l Class: 28) dolls, doll clothing and doll accessories |
| BARBIE DREAMHOUSE ADVENTURES | RN: 5602186 SN: 87379265 | March 21, 2017 | November 6, 2018 | (Int'l Class: 41) entertainment services, namely, providing non-downloadable videos |

Exhibit A - Page 34

| Mark | App. No./Reg. No. | Application Date | Registration Date | Goods/Services |
|---|---|---|---|---|
| | | | | featuring children's entertainment; providing an online computer game |
| BARBIE LIVE! IN THE DREAMHOUSE | RN: 5441651 SN: 87379269 | March 21, 2017 | April 10, 2018 | (Int'l Class: 41) entertainment services, namely, providing online webisodes and non-downloadable videos featuring children's entertainment |
| BARBIE | RN: 6267201 SN: 88210995 | November 29, 2018 | February 9, 2021 | (Int'l Class: 09) digital media, namely, pre-recorded dvds and downloadable audio and video recordings featuring children's entertainment |
| BARBIE | RN: 6267202 SN: 88211001 | November 29, 2018 | February 9, 2021 | (Int'l Class: 41) entertainment services, namely, providing non-downloadable animated movies, on-going television programs and non-downloadable webisode series, all featuring children's entertainment provided via a global computer network and via streaming services; providing online computer games and providing a website featuring non-downloadable photos and non-downloadable videos, |

| Mark | App. No./Reg. No. | Application Date | Registration Date | Goods/Services |
|---|---|---|---|---|
| | | | | and information in the field of toys, games and children's entertainment |
| BARBIE PRINCESS ADVENTURE and Design | RN: 6290394 SN: 88666763 | October 24, 2019 | March 9, 2021 | (Int'l Class: 28) dolls, doll clothing and doll accessories |
| HOLIDAY BARBIE | RN: 6085856 SN: 88764362 | January 17, 2020 | June 23, 2020 | (Int'l Class: 28) dolls, doll clothing and doll accessories |
| BARBIE | RN: 6302628 SN: 88829816 | March 11, 2020 | March 23, 2021 | (Int'l Class: 28) construction toys |
| BARBIE | RN: 6324165 SN: 88934633 | May 27, 2020 | April 13, 2021 | (Int'l Class: 05) hand-sanitizing preparations |
| BARBIE | RN: 6325496 SN: 88934636 | May 27, 2020 | April 20, 2021 | (Int'l Class: 10) sanitary masks made of cloth for protection against viral infection |
| BARBIE BIG CITY, BIG DREAMS | RN: 6719769 SN: 90178758 | September 14, 2020 | May 3, 2022 | (Int'l Class: 28) dolls, doll clothing and doll accessories |

| Mark | App. No./Reg. No. | Application Date | Registration Date | Goods/Services |
|---|---|---|---|---|
| BARBIE | SN: 90463892 | January 13, 2021 | | (Int'l Class: 43) restaurant services, cafe services |
| BARBIE (Stylized) ***Barbie*** | SN: 90509941 | February 4, 2021 | | (Int'l Class: 28) Dolls; Toy figures |
| BARBIE DREAMHOUSE | SN: 90531081 | February 16, 2021 | | (Int'l Class: 41) entertainment services, namely, providing non-downloadable animated movies, on-going television programs and non-downloadable webisode series, all featuring children's entertainment provided via a global computer network and via streaming services |
| BARBIE YOU CAN BE ANYTHING SERIES and Design ***Barbie*** | RN: 6800290 SN: 90531086 | February 16, 2021 | July 26, 2022 | (Int'l Class: 41) entertainment services, namely, providing ongoing webisodes and television programs featuring children's entertainment via the internet and via streaming services |
| BARBIE EXTRA | SN: 90507680 | February 3, 2021 | | (Int'l Class: 28) Dolls; Toy figures |
| BARBIE MERMAID POWER | SN: 97004370 | August 31, 2021 | | (Int'l Class: 41) entertainment services |

| Mark | App. No./Reg. No. | Application Date | Registration Date | Goods/Services |
|------|-------------------|-----------------|-------------------|----------------|
| BARBIE | SN: 97530796 | August 2, 2022 | | (Int'l Class: 29) Fruit-based snack food |