VENABLE LLP
Lee S. Brenner (SBN 180235)
lsbrenner@venable.com
2049 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Meaghan H. Kent (*pro hac vice*)
mhkent@venable.com
Alicia M. Sharon (SBN 323069)
asharon@venable.com
600 Massachusetts Ave.
Washington, D.C. 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

*Attorneys for Plaintiff* MATTEL, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>RAP SNACKS, INC., a Florida corporation, and DOES 1 through 10,<br><br>                    Defendants. | Case No. 2:22-cv-05702-FMO-MAA<br><br>Hon. Fernando M. Olguin<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mattel, Inc. ("Mattel") hereby gives notice of its voluntary dismissal with prejudice of the above-captioned action.

DATE:  September 13, 2022          VENABLE, LLP

By:   */s/ Lee S. Brenner*
          Lee S. Brenner
          Meaghan H. Kent (*pro hac vice*)
          Alicia M. Sharon
          Attorneys for Plaintiff MATTEL, INC.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900